195 So. 907

**Jim FRANKLIN v. STATE.**

**7 Div. 546.**

Court of Appeals of Alabama.
March 26, 1940.

Chas. F. Douglass, of Anniston, for appellant.

Thos. S. Lawson, Atty Gen., for the State.

SIMPSON, Judge.
Affirmed.

198 So. 875

**Alvin FRANKS v. STATE.**

**8 Div. 51.**

Court of Appeals of Alabama.
Nov. 6, 1940.

Thos. S. Lawson, Atty. Gen., and Wm. H. Loeb, Asst. Atty. Gen., for the State.

RICE, Judge.
Affirmed.

199 So. 909

**Alvin FRANKS v. STATE.**

**8 Div. 50.**

Court of Appeals of Alabama.
Nov. 12, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.
Affirmed.

196 So. 902

**Fred FREEMAN v. STATE.**

**7 Div. 513.**

Court of Appeals of Alabama.
Jan. 4, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

199 So. 909

**William E. FULTON v. Monroe JACKSON**

**1 Div. 379.**

Court of Appeals of Alabama.
Nov. 14, 1940.

Geo. S. Taylor, of Mobile, for appellant.
Allwin T. Agee, of Mobile, for appellee.

PER CURIAM.
Appeal dismissed, want of prosecution.

199 So. 909

**Henry GALLMAN v. STATE.**

**4 Div. 611.**

Court of Appeals of Alabama.
Nov. 19, 1940.

See, also, ante, p. 264, 195 So. 768.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.